# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| A.G.<br><br>        Plaintiff,<br>  v.<br>ALEJANDRO MAYORKAS,<br>in his official capacity as Secretary of the Department of Homeland Security,<br><br>UR MENDOZA JADDOU,<br>in her official capacity as Director of United States Citizenship and Immigration Services,<br><br>TED H. KIM,<br>in his official capacity as Associate Director of the United States Citizenship and Immigration Services Refugee, Asylum and International Operations Directorate,<br><br>CONNIE NOLAN<br>in her official capacity as Associate Director of the Service Center Operations Directorate,<br><br>SUSAN RAUFER,<br>Director of the Newark Asylum Office, in her official capacity,<br><br>        Defendants. | Case No. 1:24-cv-04334<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO PROCEED ANONYMOUSLY** |

THIS MATTER having come before the Court through a Complaint for a Writ of Mandamus, Plaintiff through his attorneys, McDermott Will & Emery LLP, moves for entry of an Order permitting him to proceed anonymously in these proceedings and the Court having considered Plaintiff's application and good cause having been shown,

IT IS on this **9TH** day of **JULY**, 2024;

ORDERED that (1) Plaintiff be and is hereby granted permission to proceed anonymously herein using the pseudonym "A.G." and (2) requiring the parties in this action to hereinafter refer to Plaintiff in all filings, orders, and opinions, solely as "Plaintiff" or "A.G.,"

or by some other manner that avoid referencing his name.

_____
U.S.D.J.

ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK